### 19221. WAGES *v.* THE STATE.

BLOODWORTH, J. The defendant was convicted on circumstantial evidence of possessing intoxicating liquor. The evidence did not exclude every reasonable hypothesis save that of the guilt of the accused, and the court erred in overruling the motion for a new trial.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1928.

*Wolver M. Smith, James W. Arnold,* for plaintiff in error.
*Pemberton Cooley, solicilor-general,* contra.

